DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELI STAV,**
Appellant,

v.

**BROWARD COLLEGE,**
Appellee.

No. 4D19-3058

[July 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. 19-003789.

Thomas Damian Sclafani, Scalfani & Associates, P.A., Fort Lauderdale, for appellant.

Eric K. Gabrielle of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***